O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY W. KLEMP, SR., <br>         Petitioner, <br>   v. <br> RONALD DAVIS, Warden, <br>         Respondent. | Case No. EDCV 18-0741 CAS (SS) <br><br> **ORDER ACCEPTING FINDINGS,** <br> **CONCLUSIONS AND RECOMMENDATIONS** <br> **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 28, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE